**Teradata Corporation (TDC)**                                                                      **Vincent Edward Ostrander**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/26/2023 | 225 | $44.2500 |