# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OSTRANDER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TERADATA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 24-cv-1034-BAS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME (ECF No. 11)** |

Good cause appearing, the parties' Joint Motion and Stipulation Regarding Defendants' Response to the Complaint is **GRANTED**. (ECF No. 11.) Defendants need not respond to the Complaint (ECF No. 1), and instead, counsel for Defendants and the appointed lead counsel shall meet and confer **within fourteen (14) days** of the Court's appointment of lead plaintiff and lead counsel regarding a proposed schedule for the filing of an amended complaint and briefing on a motion to dismiss the amended complaint.

\\

\\

\\

\\

- 1 -

24cv1034

Subsequently, the parties shall jointly file with the Court said proposed schedule **no later than twenty-one (21) days** after the Court's appointment of lead plaintiff and lead counsel.

    **IT IS SO ORDERED.**

**DATED: September 30, 2024**

**Hon. Cynthia Bashant**
**United States District Judge**

24cv1034