BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8379

MONICA K. LOSEMAN, SBN 309370
  mloseman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: 303.298.5784

MARCUS CURTIS, SBN 307726
  mcurtis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Defendants Teradata Corporation,
Stephen McMillan, and Claire Bramley*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OSTRANDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TERADATA CORPORATION, STEPHEN MCMILLAN, and CLAIRE BRAMLEY,<br><br>Defendants. | Case No. 3:24-cv-01034-BAS-MSB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   May 23, 2025<br>Judge: Hon. Cynthia Bashant<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 23, 2025, before the Honorable Cynthia Bashant in Courtroom 12B of this Court, located on the 12th Floor of the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Defendants Teradata Corporation, Stephen McMillan, and Claire Bramley, by and through their undersigned counsel, will and hereby do move the Court for an order granting their Motion to Dismiss Plaintiff's Amended Class Action Complaint.

This Motion is made pursuant to Rule 9(b) and Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that (1) Plaintiff fails to plead particularized facts demonstrating that any defendant made a false or misleading statement, and (2) Plaintiff fails to plead particularized facts demonstrating that any defendant acted with scienter when making any challenged statement.

This Motion is made following the conference of counsel that took place on February 3, 2025, and is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, the attached Declaration of Brian M. Lutz and Exhibits 1 through 17 attached thereto, the pleadings and papers on file in this action, and any other matters and arguments that may come before the Court, including those raised in connection with reply briefing and any oral argument relating to this Motion.

Dated: February 4, 2025

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Brian M. Lutz*
           Brian M. Lutz

*Attorneys for Defendants Teradata Corporation, Stephen McMillan, and Claire Bramley*