UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OSTRANDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERADATA CORPORATION, et al.,<br><br>Defendants. | Case No.: 3:24-cv-01034-CAB-MSB<br><br>**ORDER GRANTING EXTENSION TO FILE AMENDED COMPLAINT**<br><br>**[Doc. No. 35]** |

On October 1, 2025, the parties jointly moved for a 17-day extension for Defendants to file a second amended complaint due to Lead Plaintiff's counsels' observance of the Jewish holidays of Sukkot and Yom Kippur. [Doc. No. 35.] The Court **GRANTS** the motion. Plaintiffs may file a second amended complaint by **October 27, 2025**.

It is **SO ORDERED**.

Dated: October 2, 2025

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:24-cv-01034-CAB-MSB