UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OSTRANDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERADATA CORPORATION, et al.,<br><br>Defendants. | Case No.:  3:24-cv-01034-CAB-MSB<br><br>**ORDER DENYING MOTION AS MOOT**<br><br>**[Doc. No. 37]** |

On October 2, 2025, the Court granted the parties' joint motion for an extension to file the second amended complaint.  [Doc. No. 36.]  The deadline was set to October 27, 2025.  On October 22, 2025, the parties jointly filed a motion seeking to set a briefing schedule for "Defendants' anticipated motion to dismiss Lead Plaintiff's second amended complaint."  [Doc. No. 37 at 2.]  As no complaint has been filed, the Court **DENIES** the motion as moot.  **The deadline to file the second amended complaint is November 3, 2025.**  Any amended complaint must comply with CivLR 15.1(c).

It is **SO ORDERED**.

Dated: October 30, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

3:24-cv-01034-CAB-MSB