UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OSTRANDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TERADATA CORPORATION, et al.,<br><br>Defendants. | Case No.: 3:24-cv-1034-CAB-MSB<br><br>**ORDER DISMISSING AND CLOSING CASE** |

On September 26, 2025, the Court dismissed Plaintiff's complaint with leave to amend by October 10, 2025. On October 2, 2025, the Court granted the parties' joint motion for an extension to file the amended complaint by October 27, 2025. Then, on October 30, 2025, the Court granted Plaintiff another extension to file his amended complaint by November 3, 2025. Plaintiff has since failed to file his amended complaint. Accordingly, this case is **DISMISSED with prejudice**. The Clerk of Court shall **CLOSE** the case.

It is **SO ORDERED**.

Dated: January 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge